RECEIVED

OCT 30 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 17-5016 |
| | : | |
| v. | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| JIAN YANG ZHANG, | : | **CONTINUANCE ORDER** |
| a/k/a "KEVIN ZHANG" | : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Brendan Day, Assistant U.S. Attorney), and defendant Jian Yang Zhang, a/k/a "Kevin Zhang" (by Stacy Ann Biancamano, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to discuss the evidence and explore the possibility of negotiating a plea agreement; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to the continuance and waived such right; and six prior continuances having been granted by the Court and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

1

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS on this 29th day of October, 2018,

ORDERED that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including December 31, 2019;

IT IS FURTHER ORDERED that the period from the date of this Order through and including December 31, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

Justin C. Bonus, Esq.
Stacy Ann Biancamano, Esq
Counsel for Defendant

J. Brendan Day
Assistant U.S. Attorney

2